O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>EDGAR JOSE RIVERA PRADO,<br><br>　　　　　Defendant. | CASE NO. CR13-239(1)-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

　　　On June 27, 2022, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on May 6, 2022 and June 15, 2022. Government counsel, David Lachman, the defendant and his appointed Deputy Federal Public Defender attorney, Carel Alé, were present. The U.S. Probation Officer, Noelle Jones, was also present.

　　　The defendant denies allegation no. 1 in violation of his supervised release as stated in the on Probation and Supervised Release originally filed on May 6, 2022. Defendant admits allegation nos. 2 and 3, in violation of his supervised release as stated in the on Probation and Supervised Release originally filed on May 6, 2022. Defendant admits in part to allegation no. 4, as to the dates March 24, May 17, May 19, and May 23, 2022; and denies in part to allegation no. 4, as to the date of April 25, 2022, in violation of his supervised release as stated in the on Probation and Supervised Release originally filed on June 15,

2022. Defendant denies allegation nos. 5 and 6, in violation of his supervised release as stated in the on Probation and Supervised Release originally filed on June 15, 2022. Defendant admits allegation nos. 7 and 8, in violation of his supervised release as stated in the on Probation and Supervised Release originally filed on June 15, 2022.  The Court finds the admissions voluntary and knowledgeable and accepts them. The Court grants the government's request to dismiss allegation nos. 5, 6, and 4 in part, as to the date of April 25, 2022, as stated in the on Probation and Supervised Release originally filed on June 15, 2022. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on July 27, 2015 and February 28, 2022.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked.  Defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of four (4) years (consisting of 4-years each on Counts 3 and 4 and 31-months each on Counts 5 and 6, all counts to run concurrently), under the same terms and conditions previously imposed, with the following modification:

1. The offender shall reside for a period of up to 60 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility;

2. The offender shall comply with the rules and regulations of the United States Probation & Pretrial Services office and amended General Order 20-04; and

3. The offender shall reside at, participate in, and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility.

///

///

IT IS FURTHER ORDERED that the defendant surrender himself on or before 12 noon, on July 11, 2022, to the United States Marshal located at: U.S. COURTHOUSE, 350 West First Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: June 27, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: _____
Catherine M. Jeang, Deputy Clerk