O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> EDGAR JOSE RIVERA PRADO, <br> Defendant. | CASE NO. 2:13cr00239(1)-CAS <br><br> **\* AMENDED** FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On March 11, 2024, this matter came before the Court on a Petition on Probation and Supervised Release originally filed on February 28, 2024. Government counsel, David Lachman, the defendant and his appointed Deputy Federal Public Defender attorney, Charles Snyder, were present. The U.S. Probation Officer, Vicente Rivera, Jr., was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on February 28, 2024. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 27, 2022.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the **\*defendant's supervised is hereby revoked. Defendant** is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

///

IT IS FURTHER ORDERED that the defendant shall surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, April 10, 2024. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: 350 West First Street, Los Angeles, California 90012.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:  March 27, 2024

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH
CLERK OF COURT

By: Catherine M. Jeang, Deputy Clerk